IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01939-ZLW-BNB

JERRY LEE ROTH,

Plaintiff,

v.

WILLIAM WILDER, in his individual capacity only,
H & H FARMS, a general partnership,
ROCCO F. MECONI, in his individual capacity only,
CYNTHIA L. MITCHELL, in her individual capacity only,
CLIFF DUNCAN, in his individual capacity only,
TOWN OF COAL CREEK, COLORADO,
CONNIE HIGGS, in her individual capacity only,
CHARLES HASTINGS, in his individual capacity only,
CAROL SIMMONS, in her individual capacity only,
JAMES L. BEICKER, in his individual capacity only,
RICHARD ALTER, in his individual capacity only, and
THE COUNTY OF FREMONT, COLORADO,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendant H & H Farms' Motion to Excuse Attendance of Counsel** [docket no. 70, filed November 13, 2009] (the "Motion").

IT IS ORDERED that the Motion is GRANTED IN PART AND DENIED IN PART. Counsel MUST attend the hearing IN PERSON, but the hearing will be moved.

IT IS ORDERED that the hearing on Motions #58 and 61 set for November 16, 2009, is **vacated and reset to NOVEMBER 20, 2009, AT 1:30 P.M.,** in Courtroom A-401, 4th Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B. **Plaintiff and counsel for defendants must APPEAR IN PERSON for this hearing.**

DATED:  November 13, 2009