IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action No.   09-cv-01939-ZLW-BNB          Date: November 20, 2009
Courtroom Deputy: Geneva D. Mattei              FTR BNB COURTROOM A-401

---

JERRY-LEE ROTH,                                 Pro se

Plaintiff(s),

v.

| | |
|---|---|
| WILLIAM WILDER, | Sara Cook |
| in his individual capacity only | |
| H&H FARMS, | Rocco Meconi |
| (a General Partnership) | |
| ROCCO F. MECONI, | Wendy Shea |
| in his individual capacity only | |
| CYNTHIA L. MITCHELL, | Wend yShea |
| in her individual capacity only | |
| CLIFF DUNCAN, | Wend Shea |
| in his individual capacity only | |
| TOWN OF COAL CREEK, COLORADO | Wendy Shea |
| CONNIE HIGGS, | Wendy Shea |
| in her individual capacity | |
| CHARLES HASTINGS, | Wendy Shea |
| in his individual capacity only | |
| CAROL SIMMONS, | Wendy Shea |
| in her individual capacity | |
| JAMES L BEICKER, | Sara Cook |
| in his individual capacity only | |
| RICHARD ALTER, and | Wendy Shea |
| in his individual capacity only | |
| COUNTY OF FREMONT, COLORADO | Sara Cook |

Defendant(s).

---

**COURTROOM MINUTES**

---

HEARING: MOTION

Court in Session:       1:30 p.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:   Petition to remove notices of lis pendens [doc. #58; filed 10/30/09] is granted as stated on the record.**

**ORDERED:   Motion for ex parte order to show cause regarding why plaintiff's notices of list pendens filed against the town of Coal Creek and its representatives should not be declared invalid and removed [doc. #61; 11/3/09] is granted as stated on the record.**

**ORDERED:   Motion to allow recording of lis pendens [doc #64; filed 11/6/09] is denied as stated on the record.**

**ORDERED:   Documents 38 thru 48 shall be sealed.**

Court in Recess       2:01 p.m.       Hearing concluded.    Total time in Court:    00:31

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.