IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01939-ZLW-BNB

JERRY-LEE ROTH,

        Plaintiff,

v.

WILLIAM WILDER, in his individual capacity only,
H&H FARMS, a general partnership,
ROCCO F. MECONI, in his individual capacity only,
CYNTHIA L. MITCHELL, in her individual capacity only,
CLIFF DUNCAN, in his individual capacity only,
TOWN OF COAL CREEK, COLORADO,
CONNIE HIGGS, in her individual capacity only,
CHARLES HASTINGS, in his individual capacity only,
CAROL SIMMONS, in her individual capacity only,
JAMES L. BEICKER, in his individual capacity only,
RICHARD ALTER, in his individual capacity only, and
THE COUNTY OF FREMONT, COLORADO,

        Defendants.

---

ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

    Plaintiff submitted a Notice of Appeal on November 2, 2010 . The court has determined that the document is deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue this appeal.

**(A)**   **Filing Fee**
      <u>X</u>   is not submitted

**(B)**   **Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24**:
      <u>X</u>   is not submitted
      <u>  </u>   is not on proper form (must use the court's current form)

  ___ is missing original signature by plaintiff/petitioner on motion
  ___ is missing affidavit
  ___ affidavit is incomplete
  ___ is missing original signature by plaintiff/petitioner on affidavit
  ___ affidavit is not notarized or is not properly notarized
  ___ other_____

Accordingly, it is

  ORDERED that Plaintiff cure the deficiencies designated above within 30 days from the date of this order. Any papers that Plaintiff filed in response to this order must include the civil action number on this order. It is

  FURTHER ORDERED that the Clerk of the Court mail to Plaintiff, together with a copy of this order, an original and one copy of the following forms: Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. It is

  FURTHER ORDERED that, if Plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

  DATED at Denver, Colorado this __4th__ day of November, 2010.

        BY THE COURT:

        *Zita Leeson Weinshienk*
        _____
        SENIOR JUDGE, UNITED STATES DISTRICT
        COURT FOR THE DISTRICT OF COLORADO